UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | § | Case No. 09-58176-JEH |
|---|---|---|
| | § | |
| OSBORNE, KIMBERLY M. | § | Chapter 7 |
| | § | |
| | § | Judge: Hoffman |
| Debtor. | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $128.78 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Mount Carmel Health<br>Self Pay Realization<br>6150 East Broad Street 2nd FL<br>Columbus OH 43213 | 3 | $128.78 |

Dated:   October 29, 2010            /s/ Larry J. McClatchey
                                     Larry J. McClatchey, Trustee (0012191)
                                     65 East State Street, Suite 1800
                                     Columbus, Ohio 43215
                                     (614) 462-5400
                                     lmcclatchey@keglerbrown.com

cc:   U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
      Mount Carmel Health, Self Pay Realization, 6150 East Broad Street 2nd FL,
            Columbus OH 43213